IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
                        SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | March 19, 2013 | Prob/Pret: | Michelle Means |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| Court Reporter/ECR: | Therese Lindblom | | |

Criminal Case No.     **11-cr-00062-WYD**     Counsel:

UNITED STATES OF AMERICA,                    Shana L. Martin

       Plaintiff,

v.

**1. TITO REYES-RODRIGUEZ**,                 Virginia L. Grady

       Defendant.

## SENTENCING

**10:06 a.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Wednesday, August 31, 2011, at 3:00 p.m.**
> **Plea of Guilty - one-count Indictment.**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

10:07 a.m.     Statement on behalf of Government (Ms. Martin).

10:07 a.m.     Statement on behalf of Defendant (Ms. Grady).

10:07 a.m.     Statement on behalf of Government (Ms. Martin).

| | |
|---|---|
| 10:14 a.m. | Statement on behalf of Defendant (Ms. Grady). |
| 10:28 a.m. | Statement on behalf of Probation (Ms. Means). |
| 10:31 a.m. | Statement on behalf of Defendant (Ms. Grady). |
| 10:32 a.m. | Statement by Defendant on his own behalf (Mr. Reyes-Rodriguez). |
| 10:41 a.m. | Statement on behalf of Defendant (Ms. Grady). |

Court makes findings.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 24), filed December 8, 2011, is **DENIED AS MOOT.**

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 34), filed January 15, 2013, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Motion for Non-Guideline Sentence (ECF Doc. No. 39), filed March 4, 2013, is **GRANTED IN PART and DENIED IN PART, as outlined by the Court on the record.**

**ORDERED:** Defendant be **imprisoned** for **48** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **2** years.

**ORDERED: Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

| | |
|---|---|
| (X) | If not deported, the Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

| | |
|---|---|
| (X) | If not deported, the defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |
| (X) | If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return. |

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**10:54 a.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   :48**